# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DENISE WILLIS,                    )
                                  )          Case No. 2:17-cv-02608-RFB-VCF
                Plaintiff(s),     )
                                  )
v.                                )          **ORDER**
                                  )
WYNN LAS VEGAS, LLC,              )
                                  )
                Defendant(s).     )
_____)

The stipulation to continue the early neutral evaluation (Docket No. 11) is hereby GRANTED. The early neutral evaluation is CONTINUED to 1:00 p.m. on March 13, 2018. Early neutral evaluation statements shall be submitted by 3:00 p.m. on March 6, 2018. All other requirements established in Docket No. 10 continue to govern.

IT IS SO ORDERED.

Dated: January 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge