TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE WILLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02608-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY BRIEF DEADLINES FOR DEFENDANT'S PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |

COMES NOW, Plaintiff DENISE WILLIS (hereinafter "Plaintiff") and Defendant WYNN LAS VEGAS, LLC, (hereinafter "Defendant") by and through their respective attorneys of record, and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF #7), and the time for Defendant's Reply to Plaintiff's response.

Accordingly, Plaintiff shall have up to and including January 26, 2018, to respond to Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P.

///

///

///

///

///

1

12(b)(1) and 12(b)(6) (ECF #7) and Defendant shall have up to and including February 9, 2018, to file a Reply. The reason that the extension is requested is due to Plaintiff's and Defendant's counsels' work schedules.

Dated: January 25, 2018

**HATFIELD & ASSOCIATES, LTD.**

    */s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, NV 89101
Tel.: (702) 388-4469
Fax: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated: January 25, 2018

**KAMER ZUCKER ABBOTT**

    */s/ Jen J. Sarafina*
By:_____
Jen J. Sarafina, Esq.
Nevada Bar No. 9679
3000 West Charleston Blvd., Suite 3
Las Vegas, NV 89101
Tel.: (702) 259-8640
Fax: (702) 259-8646
Email: jsarafina@kzalaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 26th day of January, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge